# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 22-cr-00326 |
| : | |
| DUANE TAYLOR : | |

## ORDER

**AND NOW**, this 15th day of May 2024, upon consideration of Defendant's Motion to Suppress Statement (ECF No. 49), the Government's Response in Opposition (ECF No. 50), the Government's Proposed Findings of Facts and Conclusions of Law (ECF No. 68), and the Hearing on the Motion to Suppress held on February 22, 2024, **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge